IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **MARY WOODY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| vs. ) | |
| ) | **2: 09-CV-00753** |
| ) | |
| **MYLAN PHARMACEUTICALS,** ) | |
| **INC.; ACTAVIS TOTOWA, LLC;** ) | |
| **ACTAVIS GROUP hf; MYLAN** ) | |
| **BERTEK PHARMACEUTICALS,** ) | **Initial Complaint filed in** |
| **INC.; and UDL LABORATORIES,** ) | **United States District Court** |
| **INC.** ) | **Northern District of Alabama** |
| ) | **CV-09-RRA-0794-M** |
| **Defendants.** ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Cochran, Cherry, Givens, Smith, Sistrunk & Sams, P.C., and Cochran, Cherry, Givens & Smith, P.C., Counsel of Records for Plaintiff Mary Woody, and moves this Court as follows:

1. The undersigned Counsel respectfully requests that this Court enter its Order allowing all Counsel from both firms leave to withdraw as Counsel for Plaintiff Mary Woody.

2. The Plaintiff has requested this immediate withdrawal and is currently seeking Counsel to represent her in this action. Plaintiff further requests

that although she wants present Counsel removed immediately, that the Court stay any action in her individual case requiring response of Plaintiff or Counsel for 60 days, so that she may find new representation.

3. This case is a part of MDL and there are no immediate deadlines requiring action by present Counsel within the next thirty (30) days and the trial date hereof will not be effected by the instant relief.

This 6 day of August, 2009.

Respectfully submitted,

Hezekiah Sistrunk, Jr., Esq.
State Bar No. 649413
Audrey Tolson
Georgia Bar No. 714321
James Hodes
Georgia Bar No. 358647

Cochran, Cherry, Givens, Smith, Sistrunk & Sams, P.C.
127 Peachtree St., NE
Suite 800
Atlanta, GA  30303

Jock M. Smith
Alabama State Bar No.: SMI047
Charles James Esq.
Alabama State Bar No.: JAM028
Valerie R. Russell
Alabama State Bar No.: RUS038

Cochran, Cherry, Givens, & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **MARY WOODY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION FILE NO.: |
| vs. | ) |
| | ) 2: 09-CV-00753 |
| | ) |
| **MYLAN PHARMACEUTICALS,** | ) |
| **INC.; ACTAVIS TOTOWA, LLC;** | ) |
| **ACTAVIS GROUP hf; MYLAN** | ) |
| **BERTEK PHARMACEUTICALS,** | ) **Initial Complaint filed in** |
| **INC.; and UDL LABORATORIES,** | ) **United States District Court** |
| **INC.** | ) **Northern District of Alabama** |
| | ) **CV-09-RRA-0794-M** |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Motion to Withdraw as Counsel** all counsel of record by first class U.S. mail in envelopes with adequate postage thereon to ensure delivery, addressed to:

Hunter Ahern, Esq.  
Shook, Hardy & Bacon, LLP  
600 Travis Street, Ste. 1600  
Houston, TX 70002

Erica Downey, Esq.  
Shook, Hardy & Bacon, LLP  
600 17th Street, NW, Ste. 800  
Washington, DC 20005

| | |
|---|---|
| Harvey Kaplan, Esq.<br>Madeleine McDonough, Esq.<br>Sarah West, Esq.<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas, MO 64108 | Steven F. Casey, Esq.<br>Steven R. Parker, Esq.<br>BALCH & BINGHAM, LLP<br>1901 Sixth Avenue North<br>Post Office Box 306<br>Birmingham, AL 35201-0306 |
| Matthew Moriarty, Esq.<br>Tucker, Ellis & West, LLP<br>925 Euclid Avenue<br>Cleveland, OH 44115 | Rebecca Betts, Esq.<br>Allen Guthrie & Thomas, PLLC<br>500 Lee Street East, Ste. 800<br>Charleston, WV 25301 |

This 6 day of August, 2009.

Respectfully submitted,

_____
Audrey Tolson
Georgia Bar No. 714321

*Attorneys for Plaintiff*

**COCHRAN, CHERRY, GIVENS, SMITH, SISTRUNK & SAMS, P.C.**
The Candler Building, Suite 800
127 Peachtree Street, NE
Atlanta, Georgia 30303
Tel: 404.222.9922
Fax: 404.222.0170